AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Timothy Maurice Blanton | ) Case No: 4:11-cr-02161-TLW-3 |
| | ) USM No: 23264-171 |
| Date of Original Judgment: 10/10/2012 | ) |
| Date of Previous Amended Judgment: | ) William F. Nettles IV |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because the Chapter Four enhancements override Chapter Two. Defendant is a career offender. Additionally, his sentence was based on a Rule 11(c)(1)(C) agreement to 240 months incarceration, rather than the Guidelines. See Freeman v. United States, 131 S. Ct. 2685, 2696-2700 (2011) (Sotomayor, J., concurring).

Except as otherwise provided, all provisions of the judgment dated  10/10/2012  shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: 09/22/2015 | s/ Terry L. Wooten |
|---|---|
| | *Judge's signature* |
| Effective Date: | Terry L. Wooten, Chief United States District Judge |
| *(if different from order date)* | *Printed name and title* |